# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **LINDA DEVORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 3:22-cv-23951 |
| | ) |
| **NORTHWEST FLORIDA STATE** | ) |
| **COLLEGE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION:

COMES NOW, Defendant, NORTHWEST FLORIDA STATE COLLEGE (the "Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully notices this Court to assume jurisdiction in the above-captioned matter. In support thereof, Defendant states the following:

1. Plaintiff, LINDA DEVORE ("Plaintiff"), filed a civil action in the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida, as styled above (a copy of Plaintiff's original Complaint and all process, pleadings, and orders served upon Defendant are attached as exhibits hereto), on or about August 17, 2022. Plaintiff filed her Amended Complaint on or about August 28, 2022.

Plaintiff appears to have served Defendant with the Amended Complaint on or about November 18, 2022.

2. Plaintiff's Amended Complaint alleges a violation of the federal Age Discrimination in Employment Act of 1967, 29 U.S.C. §621 *et seq*. ("ADEA"). More specifically, Plaintiff states in her Amended Complaint that "[t]his is an action against Defendant for discrimination based upon age brought under 29 U.S.C. §621 *et seq*." (Amended Compl. at 19).

3. Plaintiff's Amended Complaint also alleges employment discrimination under the Florida Civil Rights Act ("FCRA"), Florida Statues §760.01 *et seq*.

4. Accordingly, this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that Plaintiff's ADEA claim is asserted under the laws of the United States.

5. In addition, this Court has supplemental jurisdiction over the additional claim brought under the FCRA, pursuant to 28 U.S.C. §1367, because the FCRA claim is so related to the ADEA claim within the original jurisdiction of this Court, as they form part of the same case or controversy under Article III of the United States Constitution. Indeed, all claims brought by Plaintiff in this action concern at their core the reason Plaintiff was not selected for employment with Defendant.

6. Thus, this action may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(c).

7. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal.

8. Pursuant to 28 U.S.C. § 1446(d) a true and complete copy of this Notice of Removal has been submitted for filing with the Clerk of the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida.

9. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant will file its response to Plaintiff's Amended Complaint within seven (7) days from the filing of this Notice of Removal.

WHEREFORE, Defendant prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's Complaint, as amended, be removed from the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida, into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring it copies of all records and proceedings in such civil action and proceed as if it had been originally commenced in this Court.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Dated: December 5, 2022                    Respectfully submitted,

/s/ Justin S. Swartz
Jason E. Vail
Florida Bar No. 0014031
jvail@anblaw.com
Justin S. Swartz
Florida Bar No.: 91232
jswartz@anblaw.com
ALLEN, NORTON & BLUE, P.A.
906 N. Monroe Street
Tallahassee, Florida 32303
Phone: (850) 561-3503
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December 2022, a true and correct copy of the foregoing was served via electronic mail to:

Marie A. Mattox
Florida Bar No.: 0739685
Primary Email: marie@mattoxlaw.com
Secondary Emails: michelle@mattoxlaw.com; marlene@mattoxlaw.com
MARIE A MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
Phone: (850) 383-4800
*Counsel for Plaintiff*

/s/ Justin S. Swartz
Attorney