# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LINDA DEVORE

    Plaintiff,

v.                                              Case No. 3:22cv23951-MCR-HTC

NORTHWEST FLORIDA
STATE COLLEGE,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 17, 2023 (ECF No. 50). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 50) is adopted and incorporated by reference in this Order.

2. Defendant's motion for summary judgment (ECF No. 33) is GRANTED, as Plaintiff has not rebutted Defendant's legitimate, nondiscriminatory reasons for its hiring decision.

3. Plaintiff's motion for partial summary judgment (ECF No. 31) is terminated as MOOT.

4. The clerk shall enter judgment in favor of Defendant and against Plaintiff.

**DONE AND ORDERED** this 14th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv23951-MCR-HTC