IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDA DEVORE,

    Plaintiff,

v.                                               Case No. 3:22-cv-23951-MCR-HTC

NORTHWEST FLORIDA
STATE COLLEGE,

    Defendant.
_____/

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that Defendant's motion for summary judgment (ECF No. 33) is GRANTED. Judgment is entered in favor of the Defendant and against the Plaintiff.

                                             JESSICA J. LYUBLANOVITS
                                             CLERK OF COURT

March 14, 2024                 s/ Jennifer F. Johnson, Deputy Clerk
DATE                               Deputy Clerk